(111 So. 44)

### Elmer WATKINS v. STATE. (6 Div. 833.)

(Supreme Court of Alabama. Dec. 16, 1926. Rehearing Denied Jan. 20, 1927.)

Certiorari to Court of Appeals.

S. T. Wright, of Fayette, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Elmer Watkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Watkins v. State, 21 Ala. App. 585, 111 So. 43.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.